# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA ALLUMS**        ) | |
| )| |
| **PLAINTIFF,**        ) | |
| ) | |
| v.        ) | **CIVIL ACTION NO.** |
| ) | **2:13-CV-01492-KOB** |
| ) | |
| **AMSHER COLLECTON**        ) | |
| **COLLECTION SERVICES, INC**        ) | |
| ) | |
| **DEFENDANT**,        ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, Cynthia Allums, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendant, Amsher Collection Services, Inc., without prejudice.

Defendant has not filed either an answer to the complaint or a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(i) is therefore appropriate.

Dated: August 22, 2013        /s/ S. Scott Allums
S. Scott Allums (ASB-5967-N62A)
S. Scott Allums, PC
506 18th Street North
Bessemer, Alabama 35020
Telephone: (205) 426-7080
Facsimile: (888) 341-6040
ssallums@gmail.com
**Attorney for Plaintiff**