IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| CYNTHIA ALLUMS. | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | 2:13-cv-1492-KOB |
| AMSHER COLLECTION SERVICES, INC., | ] | |
| Defendant. | ] | |

## ORDER OF DISMISSAL

The court, having received "Plaintiff's Notice of Dismissal of Complaint" (doc. 5),

DISMISSES this case WITHOUT PREJUDICE, costs taxed as paid pursuant to Fed. R. Civ. P.

41(a).

DONE and ORDERED this 22nd day of August, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

1